REVISED OCTOBER 4, 2005

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**August 25, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 03-60358
_____


INGALLS SHIPBUILDING

        Plaintiff - Appellant - Cross-Appellee

   v.

FEDERAL INSURANCE CO

        Defendant - Appellee

   v.

TRANSOCEAN OFFSHORE INC

        Cross-Appellant

-----------------------------------------

NIGEL S BROUSSARD

        Plaintiff

   v.

TRANSOCEAN OFFSHORE INC; ET AL

        Defendants

TRANSOCEAN OFFSHORE INC

        Defendant - Cross Defendant - Counter
        Claimant - Cross-Appellant

   v.

CERTIFIED EMPLOYEE SERVICES INC

        Defendant - Appellee

   v.

MH PYRAMID INC

                    Defendant - Cross Claimant - Cross
                    Defendant - Cross-Appellee

        and

CRAFT WELDING & CONTRACTING CO

                    Defendant - Cross Claimant - Counter
                    Defendant - Cross-Appellee

        v.

INGALLS SHIPBUILDING

                    Appellant - Cross-Appellee

----------------------------------------
TRANSOCEAN OFFSHORE

                    Plaintiff - Appellee - Cross-Appellant

        v.

TUDOR INSURANCE CO; ET AL

                    Defendants

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA; NATIONAL FIRE & MARINE INSURANCE COMPANY

                    Defendants - Appellants - Cross-Appellees

                    _____

                          No. 03-60557
                    _____

INGALLS SHIPBUILDING

                    Plaintiff

        v.

FEDERAL INSURANCE COMPANY

                    Defendant

-------------------------------------------------

TRANSOCEAN OFFSHORE

               Plaintiff - Appellee

    v.

TUDOR INSURANCE COMPANY; ET AL

               Defendants

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,
PENNSYLVANIA; NATIONAL FIRE & MARINE INSURANCE COMPANY

               Defendants - Appellants

                    ---------------------
            Appeals from the United States District Court
              for the Southern District of Mississippi
                    ---------------------

### ON PETITION FOR REHEARING AND REHEARING EN BANC

Before WIENER and PRADO, Circuit Judges, and LITTLE, District
Judge.[*]

PER CURIAM:

     The Petition for Rehearing filed by National Union Fire

Insurance Company of Pittsburgh, Pennsylvania ("National Union")

is DENIED, and as no member of this panel nor judge in regular

active service on the court has requested that the court be

polled on rehearing en banc (FED. R. APP, P. AND 5TH CIR. R. 35),

the Petition for Rehearing En Banc is also DENIED.

     The Petition for Panel Rehearing filed by National Fire &

Marine Insurance Company ("National Fire") is GRANTED in part,

for the limited purpose of modifying the portion of our opinion

---

     [*]District Judge for the Western District of Louisiana, sitting
by designation.

that remanded for the district court to re-determine the amount of Transocean's defense costs for which National Fire is responsible.  That portion of our opinion is hereby deleted and withdrawn.  Therefore, the district court's original calculation of the portion of Transocean's defense costs for which National Fire is obligated is AFFIRMED.